**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAMANTHA SCHREIBER,**

        **Plaintiff,**

**-vs-**                                    **Case No. 6:11-cv-736-Orl-28GJK**

**SAUL HOLDINGS LIMITED**
**PARTNERSHIP,**

        **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Doc. No. 19) filed July 25, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 16, 2011 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Doc. No. 19) is **GRANTED in part** and **DENIED in part**.

3. The Motion is granted as to Defendant's Thirteenth, Fifteenth, and Sixteenth Affirmative Defenses but is otherwise denied.

4. Defendant shall have fourteen (14) days from the date of this Order to file amended affirmative defenses.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of October, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party